IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Hassan Ford, Jr.,                          :
               Petitioner              :
                                  :
             v.                           :  No. 583 C.D. 2019
                                  :
Pennsylvania Board of Probation and        :
Parole,                                    :
               Respondent             :

## CORRECTING ORDER

AND NOW, this 19th day of February, 2020, in the opinion in the above-captioned matter, filed on February 18, 2020, page 1, paragraph 2, line 4, is corrected to read as follows:

> *"He was sentenced to **incarceration** for a term of one year, ..."*

_____
MARY HANNAH LEAVITT, President Judge